LOVE, J.,
Concurs in the Result and Assigns Reasons.
I concur in the result. I find State v. Fluker, 618 So.2d 459 (La.App. 4 Cir.1993), applicable in the matter sub judice. However, I find that a conflict exists in the circuit on the burden of proof in self-defense cases. I think this court should resolve the conflict en banc and articulate the burden of proof, which would provide clarity and direction.
BELSOME, J., Concurs in the Result and Assigns Reasons.
The resolution of the instant case does not require or warrant this Court to address the narrow legal issue of what burden of proof should be applied in non-homicide self-defense cases. See State v. Freeman, 427 So.2d 1161 (La.1983) and State v. Wischer, 04-0325 (La.App. 4 Cir. 9/22/04) 885 So.2d 602 (Belsome, J., dissenting). As the majority opinion articulated, in this case, the state clearly met its burden of proof under any standard.